UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

NEGASH MALEDE,                            :

    Petitioner                : CIVIL ACTION NO. 3:20-2061

v.                                        : (JUDGE MANNION)

                                          :

CATRICIA HOWARD,

    Respondent                :

                                          :

## ORDER

In accordance with this Court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

1. The petition for writ of habeas corpus (Doc. 1) is **DISMISSED** as moot.

2. The Clerk of Court is directed to **CLOSE THIS CASE**.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

DATE: February 9, 2021
20-2061-01